```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

     APR 2 9 1999

CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
BY_____DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

MICHAEL PETRAMALA,                )
                                  )   No. CIV 98-871 PHX ROS
                                  )
            Plaintiffs,            )   **ORDER OF DISMISSAL**
                                  )
    vs.                            )
                                  )
MULLINS, et al.,                   )
                                  )
            Defendants.            )
_____)

   On April 6, 1999 (order filed April 7, 1999) Plaintiff, Michael Petramala, was Ordered to show cause, no later than April 12, 1999, why he had failed to serve the summons and complaint within the 120 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure.  Plaintiff has failed to show cause why service has not been effected.

   In <u>Townsel v. County of Contra Costa</u>, 820 F.2d 319, 320 (9th Cir. 1987) the court held that pursuant to Rule 4(m), the district court is <u>required</u> to dismiss an action if the defendants are not served with a copy of the summons and the complaint within 120 days



AO 72
(Rev 8/82)

after the filing of the complaint, unless the plaintiff can show good cause why service was not made.

Accordingly,

**IT IS ORDERED**, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, dismissing this action without prejudice.

DATED this 28th day of April, 1999.

                                    _____
                                    HONORABLE ROSLYN O. SILVER
                                    United States District Judge

copies to all counsel of record

AO 72
(Rev 8/82)